Brian J. Bickel (State Bar No. 205646)
Jordan K. Sannipoli (State Bar No. 306545)
Saleem A. Hawatmeh (State Bar No. 327294)
**BICKEL SANNIPOLI APC**
701 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040
Email: saleemhawatmeh@bickelsannipoli.com

Attorneys for Plaintiffs CARLOS HERNANDEZ and LUISA GARCIA MIRANDA

AMIR NASSIHI, SBN 235936
**SHOOK, HARDY AND BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA, 94014
Telephone: (415) 544-1900
Facsimile: (619) 391-0281
Email: anassihi@shb.com

Attorneys for Defendant FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS HERNANDEZ and LUISA GARCIA MIRANDA,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01995-AB-PVC<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs CARLOS HERNANDEZ and LUISA GARCIA MIRANDA and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties, and with each party to bear its own attorneys' fees and costs.

Date: May 24, 2021

BICKEL SANNIPOLI APC

/s/ *Saleem A. Hawatmeh*
Attorney for Plaintiffs
CARLOS HERNANDEZ and LUISA GARCIA MIRANDA

Date: May 24, 2021

SHOOK, HARDY AND BACON L.L.P.

*/s/ Amir Nassihi*______
Attorney for Defendant
FORD MOTOR COMPANY

**CERTIFICATION**

I hereby certify that I have express permission to affix the signature of AMIR NASSIHI, ESQ. to this Joint Stipulation of Dismissal and that Amir Nassihi expressly approves of the contents of this Joint Stipulation of Dismissal.

Date: May 24, 2021

BICKEL SANNIPOLI APC

/s/ *Saleem A. Hawatmeh*
Attorney for Plaintiffs
CARLOS HERNANDEZ and LUISA GARCIA

MIRANDA

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I filed the foregoing document entitled **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Saleem A. Hawatmeh*