JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERNANDEZ and LUISA GARCIA MIRANDA, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-01995-AB-PVC <br><br> **[PROPOSED] ORDER OF JOINT STIPULATION OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: June 02, 2021           By: _____
                                   DISTRICT COURT JUDGE

-1-
**ORDER**